JESSIE McKITTRICK ET AL., RESPONDENTS, v. DUGAN BROTHERS OF NEW JERSEY, INCORPORATED, APPELLANT.

Submitted May 27, 1938—Decided September 16, 1938.

For the respondents, *Ezra W. Karkus.*

For the appellant, *Coult, Satz & Tomlinson.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE. DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 13.

*For reversal*—None.

MICHAEL N. TAGLIARENI, APPELLANT, v. JOSEPH STILZ ET AL., RESPONDENTS.

Submitted May 27, 1938—Decided September 16, 1938.

For the appellant, *Alfred Brenner.*

For the respondents, *Irwin Rubenstein.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, WALKER, JJ.   13.

*For reversal*—None.

O. HENRY BRAUER, PLAINTIFF-RESPONDENT, v. SANFORD C. FLINT ET AL., DEFENDANTS-APPELLANTS.

Submitted May 27, 1938—Decided September 16, 1938.

For the appellants, *Edwin P. Longstreet.*

For the respondent, *Saul J. Zucker.*

PER CURIAM.

This is an appeal from a judgment entered upon *postea,* after trial and upon a jury verdict in favor of the plaintiff-respondent.

The controversy grew out of a commercial transaction. the details of which we deem not important.

The appellants urge that the trial court erred in refusing to nonsuit or to direct a verdict in their favor.   We do not reach this conclusion.   There were facts in dispute requiring settlement by a jury and therefore the submission of them to a jury was proper.